783 A.2d 244

IN THE MATTER OF TERRY L. SHAPIRO,
AN ATTORNEY AT LAW.

November 1, 2001.

# O R D E R

This matter having been duly presented to the Court, it is ORDERED that **TERRY L. SHAPIRO** of **NEWARK,** who was admitted to the bar of this State in 1974, and who was suspended from the practice of law for a period of three months effective August 1, 2001, by Order of this Court dated July 5, 2001, be restored to the practice of law, effective immediately.